En el Tribunal Supremo de Puerto Rico

| In re | Querella |
|-------|----------|
| Humberto J. Ramírez Ferrer | 99 TSPR 138 |

Número del Caso: CP-1996-4

Abogado de la Parte Peticionaria: Por Derecho Propio

De la Oficina de Inspección de Notarias:     Lcda. Carmen H. Carlos
                                              Directora

Fecha: 9/10/1999

Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correciones del
proceso de compilación y publicación oficial de las
decisiones del Tribunal. Su distribución electrónica se hace
como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Humberto J. Ramírez Ferrer          CP-96-4

Sala Especial de Verano integrada por su Presidente el Juez Asociado señor Negrón García, la Jueza Asociada señora Naveira de Rodón y el Juez Asociado señor Corrada del Río

RESOLUCIÓN

San Juan, Puerto Rico, a 10 de septiembre de 1999

Vista la Solicitud de Reinstalación presentada por el querellado Humberto J. Ramírez Ferrer, a la luz de nuestra Opinión Per Curiam del 1 de marzo de 1999 y la Resolución del pasado 18 de junio, se autoriza su reinstalación al ejercicio de la abogacía.

Con vista al Informe de la Directora de la Oficina de Inspección de Notarías, Lcda. Carmen H. Carlos, del 2 de septiembre, y sus anejos, expositivo de las múltiples deficiencias que existían en los protocolos 1994, 1995, 1996, 1997 y 1998, en particular la omisión de no haberse adherido durante todos esos años sellos de rentas internas e impuesto notarial ascendentes a $8,334.00, –e independientemente del interés y diligencia desplegada por el Lcdo. Ramírez Ferrer para subsanarlos– por la seriedad y gravedad que revisten acumulativamente esas deficiencias, **se deniega su reinstalación a la notaría**. [1]

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Isabel Llompart Zeno

---

[1] In re: Rivera Rivera, res. en 30 de junio de 1998, 98 TSPR 107; In re: Casiano Silva, res. en 17 de abril de 1998, 98 TSPR 45; In re: Nieves Ortiz, res. en 2 de marzo de 1998, 98 TSPR 17; In re: Madera Acosta, res. en 4 de febrero de 1998, 98 TSPR 13; In re: Casasnovas Luiggi, res. en 10 de enero de 1997; In re: Colón Muñoz, 131 D.P.R. 121 (1992); In re: Merino Quiñones, 115 D.P.R. 812 (1984).